*Builders' Trucking & Material Co.* v. *Hastings Pavement Co.,* 143 App. Div. 941, affirmed.

(Submitted March 5, 1913; decided March 25, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 10, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract and for work done and materials furnished.

*Henry W. Rudd* for appellant.

*William Adams Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, CHASE, COLLIN and HOGAN, JJ.

---

ADELGUNDE M. PIEL et al., Doing Business under the Firm Name of BERNARD F. PIEL, Respondents, *v.* WEBSTER MANUFACTURING COMPANY, Appellant.

*Piel* v. *Webster Manfg. Co.,* 146 App. Div. 892, affirmed.

(Submitted March 5, 1913; decided March 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 1, 1911, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for an alleged breach of contract.

*Amos H. Stephens* for appellant.

*William Austen Moore* and *Emil A. Williams* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, CHASE, COLLIN and HOGAN, JJ.